UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LYNN BRIGGS,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER CORVIZICY,<br><br>        Defendant. | Case No. 25-cv-04422-EMC<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On May 23, 2025, Plaintiff Ronnie Lynn Briggs filed a *pro se* prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed, the Court sent a notification to Briggs informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* (IFP) application. ECF No. 2. On July 18, 2025, the Court's correspondence regarding the filing fee was returned to as undeliverable. ECF No. 3. More than twenty-eight days have passed and Plaintiff has not paid the filing fee, file an *in forma pauperis* application, or otherwise communicated with the Court. Given that Briggs failed to pay the filing fee, file an IFP application, or comply with Civil Local Rule 3-11, the matter is **DISMISSED WITHOUT PREJUDICE**. *See Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address). Any motion to reopen this matter must be accompanied by a change of address form and the filing fee or an IFP application. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____
EDWARD M. CHEN
United States District Judge